

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00765-CV

**IN THE INTEREST OF T.W.E.**, a Child

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2016-3305-DC
Honorable Cathy Morris, Judge Presiding

PER CURIAM

Sitting:       Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  February 8, 2017

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellees, who have not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM